DENISE BOURGEOIS HALEY
ATTORNEY AT LAW 143709
LAW OFFICES OF LAWRENCE D. ROHLFING
12631 EAST IMPERIAL HIGHWAY, SUITE C-115
SANTA FE SPRINGS, CALIFORNIA  90670-4712

TEL: 562/868-5886
FAX:  562/868-5491
E-MAIL: rohlfing_office@speakeasy.net

Attorney for plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISON

| | |
|---|---|
| DOUGLAS PRIEST, | Case No. CV 08-3465 JC |
| Plaintiff, | [PROPOSED] ORDER DISMISSING CASE WITH PREJUDICE |
| vs. | |
| MICHAEL J. ASTRUE, COMMISSIONER SOCIAL SECURITY, | |
| Defendant | |

Based upon the parties' Stipulation to Dismissal With Prejudice ("Stipulation"),

**IT IS ORDERED** that the above-captioned matter is dismissed pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, which dismissal is with prejudice, and subject to the terms and conditions of the Stipulation.

DATED:     October 16, 2008

_____/s/_____
HONORABLE JACQUELINE CHOOLJIAN
UNITED STATES MAGISTRATE JUDGE

-1-