UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS PRIEST, | Case No. CV 08-3465 JC |
| Plaintiff, | JUDGMENT |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

The court having approved the parties' Stipulation for Dismissal with Prejudice,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED:   October 16, 2008

　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　Honorable Jacqueline Chooljian
　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE